

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00489-CV

G-Wiz Trucking, LLC
v.
Gabriela Ibarra

On Appeal from the
438th Judicial District Court of Bexar County, Texas
Trial Cause No. 2019-CI-04685

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case. The Court orders the judgment VACATED and the case is DISMISSED consistent with its opinion. The supersedeas bond filed by Western Surety Company is released and all obligations thereon are discharged. Costs of the appeal are adjudged against the appellant.

We further order this decision certified below for observance.

October 15, 2020